Concur — Stevens, P. J., Eager, Capozzoli and McGivern, JJ.

(December 10, 1970)

In the Matter of the Estate of ABRAHAM HELLMAN, Deceased. GERTRUDE FRIEDMAN, as Executrix of ABRAHAM HELLMAN, Deceased, Appellant; SELMA HELLMAN et al., Respondents.—

Concur — McGivern, J. P., Markewich, Steuer and Tilzer, JJ.